UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN JING HUANG, | No. 2:19-cv-477-TLN-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| U.S. POSTAL SERVICE, et al., | |
| Defendants. | |

On May 29, 2019, the undersigned recommended dismissal of this action with prejudice, as the first amended complaint was found to be frivolous; the order was adopted by the district judge and judgment was entered on August 2, 2019. (ECF Nos. 10, 16.) On August 15, 2019, plaintiff, who had proceeded without counsel and in forma pauperis in the district court, filed a notice of appeal. (ECF Nos. 2, 18.) On August 21, 2019, the Ninth Circuit Court of Appeals referred to the district court the question of whether in forma pauperis status should continue for the appeal, or whether the appeal is frivolous or taken in bad faith. (ECF No. 21.)

Federal Rule of Appellate Procedure 24 provides that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an

1

objective one. <u>Coppedge v. United States</u>, 369 U.S. 438, 445 (1962).  A plaintiff satisfies the "good faith" requirement if he or she seeks review of any issue that is "not frivolous."  <u>Gardner v. Pogue</u>, 558 F.2d 548, 551 (9th Cir. 1977) (<u>quoting</u> <u>Coppedge</u>, 369 U.S. at 445).

For the reasons stated in the May 29, 2019 findings and recommendations (see ECF No. 10), as adopted by the district judge (ECF No. 16), the court finds that the instant appeal is frivolous.  The court thus certifies that plaintiff's appeal is not taken in good faith.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* on appeal (<u>See</u> ECF No. 21 at pp. 21–28) is DENIED.

2. The Clerk of Court is directed to serve a copy of this order on plaintiff and on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:  August 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE