UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN JING HUANG, | No. 2:19-cv-00477-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES POSTAL SERVICE; et al., | |
| Defendants. | |

Plaintiff Han Jing Huang ("Plaintiff"), proceeding *pro se*, brings this civil action pursuant to 29 U.S.C. § 185(a). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2019, the magistrate judge issued an order denying Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 18 at 21–28) on the basis that the instant appeal was frivolous and not taken in good faith. (ECF No. 22.) Pursuant to the order issued by the Ninth Circuit Court of Appeals on October 24, 2019, this Court construes the magistrate judge's August 29, 2019, order as findings and recommendations.[1] The Court further notes Plaintiff filed

---

[1] On August 2, 2019, this Court adopted findings and recommendations to dismiss Plaintiff's First Amended Complaint, without leave to amend, as frivolous under 28 U.S.C. § 1915. (ECF No. 16.) Plaintiff appealed the judgement. (ECF No. 18.) On August 29, 2019, the magistrate judge issued an order denying Plaintiff's motion to proceed *in forma pauperis* on

1

supplemental Objections to the Findings and Recommendations to dismiss the First Amended Complaint (ECF No. 10), but has not objected to the denial of his motion to proceed *in forma pauperis* on appeal. (*See* ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the order issued on August 29, 2019, construed as Findings and Recommendations, to be supported by the record and the magistrate judge's analysis. Plaintiff's supplemental objections to the findings and recommendations to dismiss Plaintiff's First Amended Complaint (ECF No. 11), filed on November 21, 2019 (ECF No. 26), are overruled as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The order issued on August 29, 2019, which the Court construes as Findings and Recommendations (ECF No. 22), is adopted in full; and

2. Plaintiff's motion to proceed *in forma pauperis* on appeal (*see* ECF No. 21 at 21–28) is DENIED, on the basis that the instant appeal is frivolous and not taken in good faith.

IT IS SO ORDERED.

Dated: December 18, 2019

Troy L. Nunley
United States District Judge

---

appeal. (ECF No. 22.) On October 24, 2019, the Ninth Circuit vacated the August 29, 2019, order on the basis that the magistrate judge lacked authority to issue the dispositive order denying *in forma pauperis* status where not all parties had consented to proceed before the magistrate judge, and remanded the matter to this Court for the limited purpose of conducting further proceedings as to whether Plaintiff's motion to proceed *in forma pauperis* on appeal should be granted or denied. (ECF No. 25, citing *Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).)